**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ, State Bar # 257733
555 University Avenue, Suite #270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorneys for Plaintiffs,
MARVIN ORR, SHEILA MATLOCK and
MARVIN ORR III

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORR, SHEILA MATLOCK and MARVIN ORR III<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN MCGINNESS; Sacramento Main Jail Commander ERIC MANESS; JAMIE LEWIS, Chief of Correctional and Court Services; ANNMARIE BOYLAN, Chief of Correctional Health Services; PETER DIETRICH, MD, Medical Director of the Sacramento County Jail Systems; EVELYN HOROWITZ, MD, Correctional Health Services Staff Physician; and DOES I through XXX, inclusive,<br><br>Defendants.<br>_____/ | NO. 2:10-CV-003262 JAM KJN<br><br>**ORDER APPOINTING GUARDIAN AD LITEM**<br><br>[Local Rule 17-202(a)] |

///

///

///

[Proposed Order] Appointing Guardian Ad Litem

1

**IT IS SO ORDERED:**

The Court, having considered the petition of Marvin Orr III for appointment of a Guardian Ad Litem in the above action, and good cause appearing, hereby orders that Sheila Matlock be appointed Guardian Ad Litem for Marvin Orr III.

DATED:  2/11/2011                              /s/ John A. Mendez
                                                            United States District Court Judge

[Proposed Order] Appointing Guardian Ad Litem

2

PDF created with pdfFactory trial version www.pdffactory.com