LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB No. 84189
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento,
AnnMarie Boylan, Evelyn Horowitz, Eric Manness,
John McGinness, Jamie Lewis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORR, SHEILA MATLOCK and MARVIN ORR III<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN MCGINNESS; Sacramento Main Jail Commander ERIC MANESS; JAMIE LEWIS, Chief of Correctional and Court Services; ANNMARIE BOYLAN, Chief of Correctional Health Services; PETER DIETRICH, MD, Medical Director of the Sacramento County Jail Systems; EVELYN HOROWITZ, MD, Correctional Health Services Staff Physician; and DOES I through XXX, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-03262 JAM KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

COMES NOW, Plaintiffs and Defendants, by and through their counsel, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, of any and all claims, in consideration of settlement payment from the County of Sacramento to Plaintiffs for an amount satisfactory to Plaintiffs.

PDF created with pdfFactory trial version www.pdffactory.com

Each party to bear his, her or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988. The parties therefore stipulate that this matter may be dismissed in its entirety with prejudice.

Dated: July 2, 2012    THE LAW OFFICES OF STEWART KATZ

By: */s/ Stewart Katz*                .
    STEWART KATZ
    Attorney for Plaintiffs

Dated: July 2, 2012    LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Van Longyear*                .
    VAN LONGYEAR
    Attorney for Defendants, County of Sacramento,
    AnnMarie Boylan, Evelyn Horowitz, Eric Manness,
    John McGinness, Jamie Lewis

Dated: July 2, 2012    RIVERA & ASSOCIATES

By: */s/ Jesse Rivera*                .
    JESSE RIVERA
    Attorney for Defendant Peter Dietrich, M.D.

### ORDER REGARDING DISMISSAL

This action is dismissed. Each party to bear his, her or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: 7/2/2012    /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com